No. 1346, Misc. IN RE DISBARMENT OF REKEWEG. It is ordered that Wilmer D. Rekeweg of Paulding, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within forty days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 931, Misc. SLIVA v. RUNDLE, CORRECTIONAL SUPERINTENDENT;

No. 1084, Misc. RING v. SUPERINTENDENT, CALIFORNIA MEDICAL FACILITY, ET AL.;

No. 1095, Misc. LORENZANA v. WARDEN, SAN JUAN DISTRICT JAIL;

No. 1098, Misc. EIDINOFF v. KREIMEYER, ACTING STATE HOSPITAL SUPERINTENDENT, ET AL.;

No. 1101, Misc. BOUCHER v. PRESTON ET AL.; and

No. 1124, Misc. STEWART v. CALIFORNIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1064, Misc. CAMPBELL v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ET AL.; and

No. 1072, Misc. GORDON v. MASSACHUSETTS. Motions for leave to file petitions for writs of mandamus denied.

No. 1074, Misc. SOOTS ET UX. v. ATTORNEY GENERAL OF THE UNITED STATES. Motion for leave to file petition for writ of mandamus denied. Petitioners pro se. Solicitor General Marshall for respondent.

No. 965, Misc. PUTT v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied. Petitioner pro se. Solicitor General Marshall, Assistant Attorney General Vinson and Beatrice Rosenberg for respondents.